MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:     melanie.morgan@akerman.com
Email:     thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC and*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO J. ALVAREZ,<br><br>     Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE; NATIONSTAR MORTGAGE LLC, AFNI, INC.; CENTRAL CREDIT SERVICES, LLC,<br><br>     Defendants. | Case No.: 2:17-cv-02716-MMD-GWF<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendants Nationstar Mortgage LLC (**Nationstar**) and Federal National Mortgage Association (**Fannie Mae**) and plaintiff Francisco Alvarez (**Alvarez**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's and Fannie Mae's time to respond to Alvarez's complaint (ECF No. 1) filed on October 25, 2017 shall be continued from November 28, 2017 to December 27, 2017.

This is the first request for an <u>extension</u> of this deadline. Nationstar and Fannie Mae request the additional time to afford it the opportunity to adequately respond to Alvarez's complaint.

/ / /

/ / /

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties submit this request in good faith without the purpose of undue delay.

DATED this 28th day of November, 2017.

| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
|---|---|
| /s/ Thera D. Cooper | /s/ David H. Krieger |
| MELANIE D. MORGAN, ESQ. | DAVID H. KRIEGER, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 9086 |
| THERA D. COOPER, ESQ. | 8985 S. Eastern Avenue, Suite 350 |
| Nevada Bar No. 13468 | Henderson, NV 89123 |
| 1160 Town Center Drive, Suite 330 | |
| Las Vegas, Nevada 89144 | *Attorneys for Plaintiff Francisco J. Alvarez* |
| | |
| *Attorneys for Defendants* | |
| *Nationstar Mortgage LLC and Federal* | |
| *National Mortgage Association* | |

<u>**ORDER**</u>

IT IS SO ORDERED:

_George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

_11/29/2017_____
**DATED**

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572