David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*FRANCISCO J. ALVAREZ*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO J. ALVAREZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE; NATIONSTAR MORTGAGE LLC; AFNI, INC.; CENTRAL CREDIT SERVICES LLC,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02716-MMD-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>CENTRAL CREDIT SERVICES LLC ONLY</u>** |

　　　　Plaintiff FRANCISCO J. ALVAREZ and Defendant CENTRAL CREDIT SERVICES LLC hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, **CENTRAL CREDIT SERVICES LLC** only. Each party shall bear its own attorney's fees, and costs of suit.

Dated: April 5, 2018

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff,*
FRANCISCO J. ALVAREZ

By:

/s/Shannon Splaine, Esq.
Shannon Splaine, Esq.
Lincoln, Gustafson & Cercos LLP
3960 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89169
ssplaine@lgclawoffice.com

*Attorney for Defendant,*
CENTRAL CREDIT SERVICES LLC

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: April 6, 2018