David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, FRANCISCO J. ALVAREZ*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| FRANCISCO J. ALVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE; NATIONSTAR MORTGAGE LLC; AFNI, INC.; CENTRAL CREDIT SERVICES LLC,<br><br>Defendants. | Case No. 2:17-cv-02716-MMD-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE AND NATIONSTAR MORTGAGE ONLY** |

Plaintiff FRANCISCO J. ALVAREZ and Defendant FEDERAL NATIONAL MORTGAGE SSOCIATION D/B/A FANNIE MAE hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE and**

…

…

**NATIONSTAR MORTGAGE, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: May 16, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Thera A. Cooper<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>THERA A. COOPER, ESQ.<br>Nevada Bar No. 13468<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendants*<br>*Nationstar Mortgage LLC and Federal*<br>*National Mortgage Association* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: May 17, 2018